# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM CUNNINGHAM,<br>    Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL ACTION 15-00494-KD-N |
| GLORIA MCLAIN, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 20, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Dr. George Kouns, Dr. Hugh Hood, Dr. Karen Stone, Nurse Nykeiliya Jackson, Nurse Cindy Johnson and Nurse Ashley Wall, such that Plaintiff's claims against these defendants are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **18th** day of **August 2017.**

                                                   /s/ Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**