IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM CUNNINGHAM, Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 15-00494-KD-N |
| GLORIA McCLAIN, *et al.*, Defendants. | ) ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated September 6, 2017 (doc. 67), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Gloria McClain, and the claims presented against her are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 28th day of September 2017.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE